CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 21 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEITH LAMONTE HILL, ) | |
| ) | Case No. 7:12-cv-00289-JCT-RSB |
| Plaintiff, ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | |
| DAVID DILLOW, *et al.* ) | By: James C. Turk |
| ) | Senior United States District Judge |
| Defendants. ) | |

In accordance with the memorandum opinion issued this day, it is hereby

**ADJUDGED AND ORDERED**

that Plaintiff's civil rights action pursuant to 42 U.S.C. § 1983 is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B); the related state law claims are dismissed without prejudice. This action is stricken from the active docket of the court.

ENTER: This 21st day of August, 2012.

*/s/ James C. Turk*
United States Senior District Judge