CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 1 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH LAMONTE HILL, | ) | |
| | ) | Case No. 7:12-cv-00289-JCT-RSB |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| DAVID DILLOW, *et al.* | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| Defendants. | ) | |
| | ) | |

In accordance with the memorandum opinion issued this day, it is hereby

**ADJUDGED AND ORDERED**

that Plaintiff's civil rights action pursuant to 42 U.S.C. § 1983 is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B); the related state law claims are dismissed without prejudice. This action is stricken from the active docket of the court.

ENTER: This 21ᵗʰ day of August, 2012.

United States, Senior District Judge